JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMUEL CASTILLO,<br><br>　　　　　　Defendant | No. 2:13 cv 8058<br><br>CONSENT JUDGMENT |

　　Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, United States Of America, against Defendant, Samuel Castillo, in the principal amount of $3,312.15 plus interest accrued to October 30, 2013, in the sum of $4,028.37; with interest accruing thereafter at 9.13% annually until entry of judgment, administration costs in the amount of $46.16, for a total amount of **$7,386.68**.

DATED: November 19, 2013　　　　By: Terry Nafisi
　　　　　　　　　　　　　　　　　　　Clerk of the Court
　　　　　　　　　　　　　　　　　　　Brent Pacillas
　　　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　United States District Court